TIFFANY APPLEWHITE et al., Respondents, v ACCUHEALTH, INC., et al., Defendants, and CITY OF NEW YORK, Appellant.

Submitted April 22, 2013; decided April 25, 2013

Motion by New York State Conference of Mayors and Municipal Officials for leave to file a brief amicus curiae on the appeal herein granted and the proposed brief is accepted as filed.

JULIAN ARRENDAL, Plaintiff, v TRIZECHAHN CORPORATION et al., Defendants. TRIZECHAHN CORPORATION, Third-Party Plaintiff-Appellant, v SUBWAY REAL ESTATE CORP., Third-Party Defendant-Respondent and Third Third-Party Plaintiff-Respondent. KASHIF D. CREARY et al., Third Third-Party Defendants-Respondents.

Submitted March 4, 2013; decided April 25, 2013

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.